# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**PEDRO MONGE-MARIN,**

**Plaintiff,**

**v.**                                              **CIVIL NO. 16-2361 (GAG)**

**WEST MARINE PRODUCTS, INC., et al.,**

**Defendants.**

## JUDGMENT

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Docket No. 20) and FED. R. CIV. P. 41(a)(1)(A)(ii), **JUDGMENT** is hereby entered **DISMISSING with prejudice** all claims against Defendants. Each party shall bear its own costs and fees.

**SO ORDERED.**

In San Juan, Puerto Rico this 21st day of February, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge